IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWEY L. BARTLETT,<br><br>    Plaintiff,<br><br>  v.<br><br>N. DAYALAN, I. GREWAL, C. SINNACO, DR. KRISHNA, P. BARKER, B. SULLIVAN, N. GRANNIS, A. ROSENTHAL, E. ALAMEIDA, M. FRIEDMAN, P. GULLEY, K. HILLIARD,<br><br>    Defendants. | No. C 04-0227 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

On May 15, 2006, this Court ordered Plaintiff to file a notice of intent to prosecute this action within thirty days. The Court notified Plaintiff that failure to comply with the Court's order by the designated time would result in a dismissal of the case. More than thirty days have passed and Plaintiff has not filed any such notice or requested an extension of time to do so. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The clerk shall close the file and enter judgment in this matter.

    IT IS SO ORDERED.

DATED: July 18, 2006

                                                          JEFFREY S. WHITE<br>
                                                          United States District Judge